```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0057--CV (JWS)
                              "EVA HAWORTH ET AL V USA"

                  Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 03/04/03
             Closed: 08/23/05

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $150.00 on 03/04/03 receipt # 00119853
           Trial by: Court


Parties of Record:                          Counsel of Record:

PLF 1.1            HAWORTH, EVA              Eva T. Haworth
                                             Pro Per
                                             5610 S Tahiti Loop, #15
                                             Anchorage, AK 99507
                                             907-562-2853

PLF 2.1            HAWORTH, RAY              No counsel found for this party!

PLF 3.1            HAWORTH, JACOB            No counsel found for this party!

DEF 1.1            UNITED STATES OF AMERICA  Gary M. Guarino
                                             U.S. Attorney's Office
                                             222 W. 7th Avenue, #9
                                             Anchorage, AK 99513-7567
                                             907-271-5071
                                             FAX      -    -
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA  
CIVIL DOCKET ENTRIES FOR CASE A03-0057--CV (JWS)  
"EVA HAWORTH ET AL V USA"

For all filing dates

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge  
Magistrate Judge:  
Referral Rule:  
Filed: 03/04/03  
Closed: 08/23/05  

Jurisdiction: (2) U.S. Defendant  
PLF Diversity:  
DEF Diversity:  

Nature of Suit: (362) Personal injury - medical malpratice  
MEDICAL MALPRACTICE  
Origin: (1) Original Proceeding  
Demand: 75  
Filing fee: Paid $150.00 on 03/04/03 receipt # 00119853  
Trial by: Court

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/04/03 | Complaint filed; Summons issued. |
| 2 - 1 | 03/07/03 | PLF 1-3 Return of Service Executed re: T. Burgess (USA) on 3/6/03. |
| 3 - 1 | 03/21/03 | PLF 1-3 Return of Service on def; Executed 3/11/03. |
| 4 - 1 | 04/28/03 | Stipulation for an ext of time until 6/6/03 to file ans. |
| 5 - 1 | 05/01/03 | JWS Order approving stip for an ext of time until 6/6/03 to file ans (4-1). cc: cnsl |
| 6 - 1 | 06/06/03 | DEF 1 Answer to Complaint. |
| 7 - 1 | 06/06/03 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 07/03/03 | PLF 1-3; DEF 1 Initial Status Report and case management plan. |
| 9 - 1 | 07/25/03 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 04/16/04; disp mots ddln 05/17/04; 4 day TBC estimate. cc: cnsl |
| 10 - 1 | 01/20/04 | Stipulation for withdrawal of Hedland, Brennan, et al. and substitution of Cooke, Roosa, et al. |
| 10 - 2 | 01/21/04 | Order granting stip for withdrawal of Hedland, Brennan, et al. and substitution of Cooke, Roosa, et al. (10-1). cc: J. Hedland, cnsl |
| 11 - 1 | 03/09/04 | Stipulation for an ext of time until 7/30/04 for close of disc. |
| 11 - 2 | 03/10/04 | JWS Order approving stip for an ext of time until 7/30/04 for close of disc (11-1) & disp mots ddln 08/27/04. cc: cnsl |
| 12 - 1 | 05/10/04 | Joint request for status conference. |
| 13 - 1 | 05/12/04 | JWS Minute Order granting joint req for stat conf (12-1); stat conf set 5/17/04 at 8:30 a.m. in chambers. cc: cnsl |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0057--CV (JWS)
                                "EVA HAWORTH ET AL V USA"

                                   For all filing dates


 Document #    Filed     Docket text

    14 -   1   05/13/04  Expedited joint request to amend scheduling conference of 5/17/04.

    15 -   1   05/14/04  JWS Minute Order granting expedited joint req to amend scheduling conf
                         (14-1). cc: cnsl

    16 -   1   05/17/04  JWS Minute Order that proceedings stayed; def updated stat rpt due
                         7/30/04. cc: cnsl

    17 -   1   07/29/04  DEF 1 Report re: joint status.

    18 -   1   08/02/04  JWS Minute Order that further stat rpt due from plf by 9/10/04. cc: cnsl

    19 -   1   09/17/04  DEF 1 Joint Status Report.

    20 -   1   09/24/04  JWS Minute Order re pltfs' to retain new cnsl by 11/2/04; parties to
                         file stipulated proposed pretrial scheduled the crt earlier requested.
                         cc: cnsl

    21 -   1   11/03/04  DEF 1 Jnt Status Report.

    22 -   1   11/19/04  JWS Minute Order approving joint stat rpt @ dkt 21. cc: cnsl

    23 -   1   11/29/04  PLF 1-3; DEF 1 Status Report & proposed revised pretrial schedule.

    23 -   2   12/02/04  JWS Order setting the following dates: disc to close 03/04/05;
                         dispositive mots ddln 04/04/05. cc: cnsl

    24 -   1   12/13/04  PLF 1-3 motion for leave to withdraw w/att memo.

    25 -   1   01/05/05  JWS Minute Order denying motion for leave to withdraw (24-1) w/o prej to
                         renewal. cc: cnsl

    26 -   1   02/01/05  DEF 1 Final Witness List.

    27 -   1   04/01/05  PLF 1-3 motion (renewed) to withdraw and request for hearing.

    28 -   1   04/04/05  DEF 1 motion for summary judgment w/att decla & exhs.

    29 -   1   04/06/05  JWS Minute Order referring plfs' mot for permission to w/drw (dkt 27) to
                         Judge Singleton; all other matters remain before Judge Sedwick. cc:
                         cnsl, Judge Singleton

    30 -   1   04/06/05  JKS Minute Order re hrg on pltfs' mot to w/d (27-1) set for 4/8/05 at
                         9:00 a.m. cc: cnsl, Judge Sedwick

    31 -   1   04/06/05  DEF 1 Notice of filing signature page of declaration re: DEF 1 motion
                         for summary judgment (28-1).

    32 -   1   04/08/05  JKS Court Minutes [ECR: Caroline Edmiston] re: Plf's mot to w/d @ dkt 27
                         held 04/08/05; plf cnsl's oral mot to continue hrg to serve plfs by
                         process server & to have hrg ex parte granted; ex parte hrg on plfs' mot
                         to w/d @ dkt 27 cont to  05/16/05 @ 9:00 a.m.; def's oral mot that def's
                         mot for sj (dkt #28) be stayed pending hrg GRANTED. cc: cnsl, J.
                         Sedwick.

    33 -   1   05/16/05  JKS Minute Order granting motion (renewed) to withdraw (27-1); Pltf's
                         have until 7/15 to find substitute cnsl & respond to govt's mot for SJ
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0057--CV (JWS)
                              "EVA HAWORTH ET AL V USA"
```
```
                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | at 28-1. cc: cnsl |
| 34 - 1 | 05/16/05 | JKS Court Minutes [ECR: April Karper] re Cont (Ex Parte) Hrg on Plf's Mot to w/d (dkt 27) (held 5/16/05); GRANTED; Plf awarded an addtl 60 days to find cnsl and respond to the Mot for SJ (dkt 28); cc: cnsl, USDJ Sedwick |
| 35 - 1 | 07/14/05 | PLF 1 motion for extension of time to find counsel & respond to summary judgment motion. |
| 36 - 1 | 07/18/05 | JWS Minute Order granting mot for ext of time to find cnsl & respond to sj mot (35-1); plf has until 8/18/05 to find cnsl & to respond to pending sj mot; crt will not grant any further ext of time to find cnsl or respond to sj mot. cc: cnsl |
| 37 - 1 | 08/17/05 | PLF 1-2 motion for summary judgment. |
| 38 - 1 | 08/23/05 | JWS Minute Order granting mot for sj (28-1); terminating in light of this order: mot for sj (37-1). cc: cnsl |
| 39 - 1 | 08/23/05 | JWS Judgment that plf take nothing, action is dism on merits & def recover costs. cc: cnsl, O & J 11857 (redistributed w/cost 9/23/05) |
| 40 - 1 | 08/25/05 | JWS Amended Minute Order granting def's mot for sj @ dkt 28; clk to enter judg for def. cc: cnsl |
| 41 - 1 | 09/01/05 | DEF 1 Notice of cost bill hrg set for 9/7/05 at 9am. |
| 41 - 2 | 09/01/05 | DEF 1 Bill of Costs w/att exhs. |
| 42 - 1 | 09/06/05 | PLF 1 appeal to 9CCA of (39-1) filed 08/23/05, (40-1) filed 08/25/05. cc: E. Haworth, cnsl, Judge Sedwick, 9CCA |
| 43 - 1 | 09/06/05 | PLF 1 motion (application) to waive the filing fee w/att exh. |
| 44 - 1 | 09/13/05 | PLF 1 Certificate of service re: notice of appeal. |
| NOTE - 1 | 09/15/05 | Transmittal: Forwarded notice of appeal (42-1) to 9CCA. |
| 45 - 1 | 09/15/05 | JWS Order granting motion (application) to waive the filing fee (43-1).cnsl, 9CCA |
| 46 - 1 | 09/23/05 | Clerk's Notice re: taxation of def's cost bill. The total costs taxed in favor of the def and against the plfs is $954.04. cc: cnsl |
| 47 - 1 | 09/23/05 | PLF 1 Transcript Designation/Order Form re: notice of appeal (42-1) w/transcript order. cc:ecr |
| 48 - 1 | 09/26/05 | Cy 9CCA Time Schedule Order. (42-1) cc: E. Haworth, cnsl, Judge Sedwick, ECR |
| 49 - 1 | 10/06/05 | PLF 1 Transcript Designation/Order Form re: notice of appeal (42-1) w/order. cc:ecr |
| 50 - 1 | 10/12/05 | PLF 1 Amended Transcript Designation/Order Form re: notice of appeal (42-1). cc:ecr |