UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  May 10, 2006

To: United States Court of Appeals             ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                        (     ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103            (     ) JUDGE

From:  Pam Richter
       U.S. District Court
       222 W 7th Avenue, #4
       Anchorage, AK  99513


DC No:  3:03-cv-00057-JWS              Appeal No:  05-35933

Short title:  Eva Haworth, et al.  v.  U.S.A.

Composition of Record

Clerk's Files in  1   volume    (X) original    ( ) certified copy

        Bulky docs. ____ volumes, docket # _____
                                 (folders)

Reporter's   in _____ volumes   ( ) original    ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

            in _____ boxes      ( ) under seal

Other:  **NOTE:  Document 54 is electronic and available through PACER (certified copy of ACMS and ECF dockets are enclosed).**

(please note any documents filed under seal)


Acknowledgement: _____     Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: May 10, 2006

To: United States Court of Appeals     ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                           (   ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      (   ) JUDGE

From: Pam Richter
      U.S. District Court
      222 W 7th Avenue, #4
      Anchorage, AK  99513

DC No: 3:03-cv-00057-JWS      Appeal No: 05-35933

Short title: Eva Haworth, et al.  v.  U.S.A.

Composition of Record

Clerk's Files in 1 volume    (X) original    ( ) certified copy

      Bulky docs. _____ volumes, docket # _____
                            (folders)

Reporter's in _____ volumes    ( ) original    ( ) certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

          in _____ boxes      ( ) under seal

Other: **NOTE:  Document 54 is electronic and available through PACER (certified copy of ACMS and ECF dockets are enclosed).**

(please note any documents filed under seal)

Acknowledgement: _____ Date: _____

"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  May 10, 2006

To: United States Court of Appeals      ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                     (    ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      (    )JUDGE

From:  Pam Richter
     U.S. District Court
     222 W 7th Avenue, #4
     Anchorage, AK  99513


DC No:  3:03-cv-00057-JWS      Appeal No:  05-35933

Short title:  Eva Haworth, et al.  v.  U.S.A.

Composition of Record

Clerk's Files in  1  volume    (X) original    ( ) certified copy

    Bulky docs._____volumes, docket #_____
                             (folders)

Reporter's   in _____ volumes    () original    ()certified copy
Transcripts

Exhibits:    in _____ envelopes    () under seal

        in _____ boxes    () under seal

Other:  **NOTE:  Document 54 is electronic and available through PACER (certified copy of ACMS and ECF dockets are enclosed).**

(please note any documents filed under seal)


Acknowledgement:_____    Date:_____
"record.app" [11/21/97]