UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 03 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EVA HAWORTH; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellee. | No. 05-35933 <br><br> DC # CV-03-00057-A-JWS <br> Alaska <br> (Anchorage) <br><br> ORDER |

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges

The request for extension of time to file a petition for panel rehearing, received April 11, 2007, is denied.

The mandate shall issue forthwith.

A TRUE COPY
CATHY A. CATTERSON
Clerk

Signature redacted