## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

EVA HAWORTH,

      Plaintiff - Appellant,

   And

RAY HAWORTH; et al.,

      Plaintiffs,

  V.

UNITED STATES OF AMERICA,

      Defendant - Appellee.

No.   05-35933

D.C. No.  CV-03-00057-A-JWS

**JUDGMENT**

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/21/07

A TRUE COPY
CATHY A. CATTERSON
Clerk

Signature redacted