**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EVA HAWORTH; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellee. | No. 05-35933<br><br>D.C. No. CV-03-00057-A-JWS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted March 12, 2007**

Before:    KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

Eva and Ray Haworth appeal pro se from the district court's summary judgment in favor of the United States in their Federal Tort Claims Act action alleging medical malpractice during the birth of their son Jacob at the Alaska

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Native Medical Center. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Delta Sav. Bank v. United States*, 265 F.3d 1017, 1021 (9th Cir. 2001), and we affirm.

The district court did not err in granting summary judgment, because the Haworths submitted nothing to rebut defense evidence from two medical experts stating there was no indication of a violation of the standard of care, or of an ongoing neurological injury to Jacob. *See* Alaska Stats. § 09.55.540(a); *Parker v. Tomera*, 89 P.3d 761, 765-66 (Alaska 2004) (finding no error in the trial court's summary judgment in favor of defendants where plaintiff failed to provide medical expert testimony in support of negligence claim).

The district court did not err in granting the Haworths' counsel's motion to withdraw. *See Hedges v. Resolution Trust Corp.*, 32 F.3d 1360, 1363 (9th Cir. 1994) (no constitutional right to counsel in civil cases).

We decline to consider evidence the Haworths present for the first time on appeal. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990) (explaining that the appellate court reviews only issues and documents included in the district court record).

The Haworths' remaining contentions lack merit.

**AFFIRMED.**

REDACTED SIGNATURE

INTERNAL USE ONLY: Proceedings include all events.
05-35933 Haworth, et al v. USA

| | |
|---|---|
| EVA HAWORTH<br>    Plaintiff - Appellant | Eva Haworth<br>907/562-2853<br>[NTC prs]<br>5610 S Tahiti Loop, Space 15<br>Anchorage, AK 99507 |
| RAY HAWORTH<br>    Plaintiff | No appearance<br>No appearance |
| JACOB HAWORTH<br>    Plaintiff | No appearance<br>(See above) |

  v.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Gary M. Guarino, Esq.<br>FAX 907/271-3907<br>907/271-5071<br>Rm. 253<br>[COR LD NTC aus]<br>Gary M. Guarino, Esq.<br>(See above)<br>[COR LD NTC usa]<br>USAK - OFFICE OF THE U.S. ATTORNEY<br>Federal Bldg. & U.S. Courthouse<br>222 W. Seventh Ave.<br>Anchorage, AK 99513-7567 |